# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIANFU LIANG,** | : CIVIL ACTION NO. 1:17-CV-1735 |
| Petitioner | : (Chief Judge Conner) |
| v. | : |
| **CRAIG A. LOWE,** *et al.*, | : |
| Respondent | : |

## ORDER

AND NOW, this 27th day of September, 2018, upon consideration of the petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 by petitioner Lianfu Liang ("Liang"), wherein Liang contends that he has been subject to pre-removal or pre-final order detention by Immigration and Customs Enforcement for an unreasonably long period of time and requests immediate release on bond and a bond hearing performed by this court, and further upon consideration of the report (Doc. 27) of Magistrate Judge Karoline Mehalchick, recommending that the court dismiss Liang's petition as moot because his custodial status has since shifted, (see id. at 7-8), and it appearing that no party has objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the

report," Henderson, 812 F.2d 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b) advisory committee notes, and, following an independent review of the record, the court being in agreement with Judge Mehalchick's recommendation,

and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 27) of Magistrate Judge Mehalchick is ADOPTED.

2. Liang's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and his motion (Doc. 4) to expedite are DISMISSED as moot.

3. The court finds no basis to issue a certificate of appealability. See R. GOVERNING SECTION 2254 CASES R. 11(a).

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania